**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00037-CR

### JOHN KENNETH WEEKLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F09-55995-H

## ORDER

The Court has before it appellant's June 8, 2015 pro se second motion to extend time to file his brief. In the motion, appellant asserts that he cannot file his brief because the record is incomplete. He includes as attachments to his motion his request for the record. It is unclear from the motion whether appellant's complaint is that he has not received copies of the record or this Court has not received copies of the record. However, we have reviewed the record filed in this Court in light of appellant's request.

To the extent appellant seeks a copy of the record of the underlying trial, we conclude those are not necessary to the disposition of the appeal. The trial court based its order on the motion and the State's response, not the record of the underlying trial. The State responded that the items appellant seeks to have tested are not in the State's possession or the possession of the

police. Thus, the record of the underlying trial was not part of the trial court's determination of appellant's motion. Accordingly, to the extent appellant' seeks to be provided a copy of the reporter's record of his trial or to have a copy of that record filed in this appeal, we **DENY** the request.

The other documents appellant asserts are missing appear to be part of the record on file with this Court. Accordingly, we **DENY** appellant's request to the extent he asks the Court to "make its own inquiry" to determine when the record will be filed with this Court.

We **GRANT** appellant's June 8, 2015 motion for an extension of time to file his pro se brief to the extent that we **ORDER** appellant to file his pro se brief by **MONDAY, JULY 20, 2015**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the appeal will be submitted without briefs and without further notice. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Weekley, TDCJ No. 1890115, Terrell Unit, 1300 F.M. 655, Rosharon, Texas 77583.

We **DIRECT** the Clerk to send a copy of this order to the Dallas County District Attorney's Office.


/s/    ADA BROWN
       JUSTICE